IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| PLATTE RIVER INSURANCE COMPANY, a Nebraska Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. 4:10-cv-60-BR |
| BATTALINA CREEK, LLC, a North Carolina limited liability corporation, JEFFREY A. PASSOT a/k/a/ JEFFERY A. PASSOT, an Individual, ROSS I. BEEBE, an Individual, and COLLINS B. BEEBE, an Individual, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**CONSENT JUDGMENT IN FAVOR OF PLATTE RIVER INSURANCE
COMPANY AND AGAINST BATTALINA CREEK, LLC, JEFFREY A. PASSOT
A/K/A JEFFERY A. PASSOT, ROSS I. BEEBE AND COLLINS B. BEEBE**

This matter is before the Court upon the joint motion of the parties for entry of a

consent judgment.  Upon consideration of the pleadings and the **Joint Motion of all**

**Parties for Entry of Consent Judgment** in which the parties consent to jurisdiction and

waive the entry of findings of fact and conclusions of law, it appears to this Court that

judgment should be entered.

**IT IS THEREFORE ORDERED**, that judgment by **consent** is entered in favor

of Platte River Insurance Company, Plaintiff herein, and against Defendants, Battalina

Creek, LLC, Jeffrey A. Passot a/k/a Jeffery A. Passot, Ross I. Beebe and Collins B.

Beebe, jointly and severally, as follows:

1. Judgment is entered for Platte River Insurance Company and against Battalina

Creek, LLC, Jeffrey A. Passot a/k/a Jeffery A. Passot, Ross I. Beebe and Collins B.

Beebe, jointly and severally, in the amount of $303,100.96, with annual interest at the legal rate accruing from the date of this Consent Judgment until paid;

2. The costs of this action are taxed against the Defendants, Battalina Creek, LLC, Jeffrey A. Passot a/k/a Jeffery A. Passot, Ross I. Beebe and Colllins B.Beebe, jointly and severally.

This ___3___ day of ___January___, 201_1_

_____

Senior Judge, United States District Court
Eastern District of North Carolina

Consented to:


s/ Brenda K. Orrison_____
Brenda K. Orrison
North Carolina Bar Number 8464
PORTER & ORRISON, LLP
Counsel for Plaintiff, Platte River Insurance Company
Suite 1135 Lenox Towers
3400 Peachtree Road, N.E.
Atlanta, Georgia  30326
404/233-2334
404/231-5318 (fax)
E-mail: bkorrison@porterorrison.com


s/ Jason L. Hendren_____
Jason L. Hendren
North Carolina Bar No. 26869
Rebecca F. Redwine
North Carolina Bar No. 37012
HENDREN & MALONE, PLLC
Attorneys for Defendants
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
919-573-1422
919-420-0475 (facsimile)
E-mail: jhendren@hendrenmalone.com
E-mail: rredwine@hendrenmalone.com

2